UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for CrossCountry Mortgage, LLC

Case No: 26-12300 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

In Re:

Thomas A Wimberg
Heidi R Wimberg aka Heidi Renee Wimberg fka Heidi R Barley

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CrossCountry Mortgage, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/06/2026

/s/ *Matthew Fissel*

Matthew Fissel
06 Apr 2026, 14:23:33, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*