Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−12300−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A Wimberg
101 Pine Drive
Swedesboro, NJ 08085−4012

Heidi R Wimberg
aka Heidi Renee Wimberg, fka Heidi R
Barley
101 Pine Drive
Swedesboro, NJ 08085−4012

Social Security No.:
   xxx−xx−4102                              xxx−xx−6880

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 9, 2026.

Dated: July 9, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Thomas A Wimberg

Heidi R Wimberg

    Debtors

Case No. 26-12300-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Thomas A Wimberg, Heidi R Wimberg, 101 Pine Drive, Swedesboro, NJ 08085-4012 |
| 521018635 | + | Crosscountry Mortgage, PO Box 530090, Atlanta, GA 30353-0090 |
| 521018636 | + | Financial Service Vehicle Trust, PO Box 1910, Cockeysville, MD 21030-7910 |
| 521046125 | + | Rocket Mortgage, Attn Nationstar Mortgage, LLC, Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 521018641 | + | Rocket Mortgage, LLC/Mr Cooper, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2026 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2026 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 09 2026 21:14:00 | Alliant Credit Union, c/o Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Boulevard, Ewing, NJ 08618, UNITED STATES 08618-1430 |
| 521018620 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2026 21:13:03 | AEO/Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 521203469 | + | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 09 2026 21:14:00 | Alliant Credit Union, c/o Cenlar FSB, Attn: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 521023448 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2026 21:12:43 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521029170 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 09 2026 21:12:43 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521018621 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 09 2026 21:14:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 521209293 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 09 2026 21:14:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 521018622 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 09 2026 21:15:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 521018629 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jul 09 2026 21:14:00 | Cenlar, PO Box 77404, Ewing, NJ 08628 |
| 521018623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2026 21:12:38 | Cap1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521018624 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0312-1                           User: admin                                    Page 2 of 4

Date Rcvd: Jul 09, 2026                        Form ID: plncf13                               Total Noticed: 49

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 09 2026 21:12:41 | Cap1/WSI, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521018625 | + Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Jul 09 2026 21:12:38 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521018626 | Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Jul 09 2026 21:13:03 | Capital One/Pottery Barn, PO Box 981600, Boston, MA 02298-1600 |
| 521018627 | Email/PDF: ais.chase.ebn@aisinfo.com |  |  |
|  |  | Jul 09 2026 21:13:02 | Cardmember Services/Disney, PO Box 1423, Charlotte, NC 28201-1423 |
| 521018628 | Email/PDF: ais.chase.ebn@aisinfo.com |  |  |
|  |  | Jul 09 2026 21:12:54 | Cardmember Services/Southwest, PO Box 1423, Charlotte, NC 28201-1423 |
| 521018630 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jul 09 2026 21:33:42 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521018631 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jul 09 2026 21:15:00 | Comenity - Express, PO Box 182125, Columbus, OH 43218-2125 |
| 521018632 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jul 09 2026 21:15:00 | Comenity - Loft MC, PO Box 182125, Columbus, OH 43218-2125 |
| 521018633 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jul 09 2026 21:15:00 | Comenity - Victorias Secret, PO Box 182125, Columbus, OH 43218-2125 |
| 521018634 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jul 09 2026 21:15:00 | Comenity Bank/ATylrMC, PO Box 182789, Columbus, OH 43218-2789 |
| 521209322 | + Email/Text: nsm_bk_notices@mrcooper.com |  |  |
|  |  | Jul 09 2026 21:14:00 | CrossCountry Mortgage, LLC, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521018637 | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  | Jul 09 2026 21:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521065421 | Email/Text: JCAP_BNC_Notices@jcap.com |  |  |
|  |  | Jul 09 2026 21:15:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521065791 | Email/Text: JCAP_BNC_Notices@jcap.com |  |  |
|  |  | Jul 09 2026 21:15:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521047906 | + Email/Text: RASEBN@raslg.com |  |  |
|  |  | Jul 09 2026 21:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521070849 | Email/Text: legaldivision@kheaa.com |  |  |
|  |  | Jul 09 2026 21:14:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 521070850 | Email/Text: legaldivision@kheaa.com |  |  |
|  |  | Jul 09 2026 21:14:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| 521066758 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Jul 09 2026 21:13:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521018638 | Email/Text: EBN@Mohela.com |  |  |
|  |  | Jul 09 2026 21:14:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 521029764 | + Email/PDF: Bankruptcy_Prod@mohela.com |  |  |
|  |  | Jul 09 2026 21:12:44 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 521018639 | + Email/Text: bankruptcy@td.com |  |  |
|  |  | Jul 09 2026 21:15:00 | Nordstrom - TD Bank US, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 521018640 | Email/Text: bankruptcy@td.com |  |  |
|  |  | Jul 09 2026 21:15:00 | Nordstrom Credit Card, PO Box 100135, Columbia, SC 29202-3135 |
| 521207676 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Jul 09 2026 21:12:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521200620 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Jul 09 2026 21:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521206678 | Email/Text: bnc-quantum@quantum3group.com |  |  |

District/off: 0312-1                        User: admin                                  Page 3 of 4
Date Rcvd: Jul 09, 2026                     Form ID: plncf13                             Total Noticed: 49

|  |  |  | Jul 09 2026 21:15:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521018642 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 09 2026 21:13:03 | Sofi Bank, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 521018643 | ^ | MEBN | Jul 09 2026 21:09:44 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 521018644 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2026 21:13:04 | SyncB/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 521018645 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2026 21:13:02 | SyncB/Amer Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 521027645 | ^ | MEBN | Jul 09 2026 21:09:07 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 521198012 |  | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 09 2026 21:14:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 521018646 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 09 2026 21:15:00 | US Bank, Investor 4, PO Box 790179, Saint Louis, MO 63179-0179 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521045893 | *+ | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Heidi R Wimberg rshoffman@hoffmandimuzio.com trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Thomas A Wimberg rshoffman@hoffmandimuzio.com |

District/off: 0312-1                          User: admin                                    Page 4 of 4

Date Rcvd: Jul 09, 2026                        Form ID: plncf13                              Total Noticed: 49

                              trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Robert P. Saltzman

                              on behalf of Creditor Alliant Credit Union dnj@pbslaw.org

U.S. Trustee

                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6